Exhibit A
Rule 600
Motion

| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
| --- | --- |
| | : OF THE 26TH JUDICIAL DISTRICT |
| VS | : COLUMBIA COUNTY BRANCH |
| | : |
| JESSICA SCALCIONE TRAUGER, | : |
| Defendant | : CR-290-2024 |

**ORDER**

**AND NOW**, this 6th day of March, 2025, it is hereby ORDERED that a Hearing on Defendant's Motion To Dismiss Pursuant to Rule 600 be held on the 3rd day of April, 2025, at 1:30 o'clock P.M., at the Columbia County Courthouse, 35 West Main Street, Bloomsburg, Pennsylvania.

**BY THE COURT:**

/s/ Gary E. Norton, J.

FILED
PROTHONOTARY
2025 MAR 10 AM 8:43
CLERK OF COURTS OFFICE
COUNTY OF COLUMBIA, PA

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
: OF THE 26TH JUDICIAL DISTRICT
VS : COLUMBIA COUNTY BRANCH
:
JESSICA SCALCIONE TRAUGER, :
Defendant : CR-290-2024

**ORDER**

AND NOW this _____ day of _______, 2025, upon consideration of Defendant's Motion to Dismiss Pursuant to Rule 600, it is hereby ORDERED that the above captioned information is DISMISSED with prejudice.

BY THE COURT:

______________________________ J.

COMMONWEALTH OF PENNSYLVANIA : IN THE COURT OF COMMON PLEAS
: OF THE 26TH JUDICIAL DISTRICT
VS : COLUMBIA COUNTY BRANCH
:
JESSICA SCALCIONE TRAUGER, :
Defendant : CR-290-2024

FILED PROTHONOTARY 2025 MAR -5 PM 1:34 CLERK OF COURTS OFFICE COUNTY OF COLUMBIA, PA

**DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 600**

TO THE HONORABLE JUDGES OF THE SAID COURT:

The Motion of Defendant, Jessica Scalcione Trauger, by her Attorney, Michael Dennehy, Esquire, respectfully represents:

1. A Complaint was filed on December 28, 2023.

2. Defendant has been living at the same address, which is 27 Arrowwood Drive, Perkasie, Pennsylvania, 18944 for the entire time and has been available to the Commonwealth since the case was filed.

3. From December 28, 2023, to March 5, 2025, Four Hundred Twenty-seven (432) days have elapsed, and Defendant has not been brought to Trial.

4. Defendant has been available for trial. In fact, she has travelled from her home in Bucks County to at least two Pre-Trial Conferences in Columbia County, including during a snowstorm in January 2025, yet she has not been brought to trial.

5. Pa.R.Crim.P.600 (a) Provides that trial shall commence within 365 days of the date the complaint is filed.

6. Pa.R.Crim.P.600(c) Provides that periods of delay caused by Defendant are excluded from the computation of time to commence trial. There are no excludable periods in the present case.

7. Pursuant to Rule 600 (d) the charges against the Defendant should be dismissed with prejudice.

**WHEREFORE,** The Defendant requests your Honorable Court to conduct a hearing on this Motion and thereafter Dismiss the charges with prejudice.

Respectfully submitted,

Michael P. Dennehy, Esquire
I.D. #41686
42 West Market Street
P.O. Box 179
Danville, PA 17821
(570) 275-3541

**AFFIDAVIT**

I, **Jessica Scalcione Trauger,** being duly sworn according to law, depose and say that the statements set forth in the foregoing **Motion to Dismiss Pursuant to Rule 600** are true and correct to the best of my personal knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

Date 3/4/2025

Jessica Scalcione Trauger

J. S. [signature]

| COMMONWEALTH OF PENNSYLVANIA | : IN THE COURT OF COMMON PLEAS |
|---|---|
| | : OF THE 26TH JUDICIAL DISTRICT |
| VS | : COLUMBIA COUNTY BRANCH |
| | : |
| JESSICA SCALCIONE TRAUGER, | : |
| Defendant | : CR-290-2024 |

**CERTIFICATE OF SERVICE**

I, **MICHAEL P. DENNEHY, ESQUIRE**, do hereby certify that on this 5th day of March, 2025, I served a true and correct copy of the foregoing Defendant's Motion to Dismiss Pursuant to Rule 600 by mailing it first class mail to:

Columbia County District Attorney
Dan Lynn, Esquire
35 W. Main Street
Bloomsburg, PA 17815

FILED PROTHONOTARY
2025 MAR -5 PM 1:34
CLERK OF COURTS OFFICE
COUNTY OF COLUMBIA, PA

Respectfully submitted,

MICHAEL P. DENNEHY, ESQUIRE
I.D.#41686
42 West Market Street
Post Office Box 179
Danville, PA 17821
(570) 275-3541