## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA TRAUGER, | : | NO. 4:25-CV-01469 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | (CAMONI, M.J.) |
| COLUMBIA COUNTY DISTRICT | : | |
| ATTORNEY'S OFFICE, *et. al.,* | : | |
| Defendants. | : | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is

**ORDERED** that:

(1)   The Defendants' motions to dismiss (docs. 21, 29) are **GRANTED**;

(2)   The Complaint (doc. 1) is **DISMISSED** without prejudice; and

**(3)**   The Plaintiff may file an amended complaint on or before **June 29, 2026.**

Date: May 29, 2026

s/*Sean A. Camoni*
Sean A. Camoni
United States Magistrate Judge